# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-4331
Lower Tribunal No. 1981-CF-005339

_____

SEYMOUR CLARK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

December 16, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, GANNAM and KAMOUTSAS, JJ., concur.


Seymour Clark, Lowell, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED